Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

# United States Bankruptcy Court
## Northern District of California

In re **April Harrington / Devin Edward Harrington**, Debtor(s)

Case No. **09-13941**
Chapter **13**

## DECLARATION OF DEBTORS RE PAYMENT ADVICES

The undersigned Debtors declare that they have diligently searched and inquired and they do not have in their possession either constructive or actual any other payment advices for the last six months prior to filing the bankruptcy, then those that have otherwise been provided.

We the undersigned declare this statement is true under penalty of perjury.

Date **January 8, 2010**    Signature **/s/ April Harrington**
**April Harrington**
Debtor

Date **January 8, 2010**    Signature **/s/ Devin Edward Harrington**
**Devin Edward Harrington**
Joint Debtor