Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| In re | **Devin Edward Harrington** **April Harrington** Debtor(s) | Case No. Chapter Date: Time: Court: | **09-13941** **13** **March 5, 2010** **10:00 AM** **Santa Rosa, CA** |

# NOTICE OF HEARING ON MOTION FOR ORDER VALUING LIEN OF GREEN TREE SERVICING LLC AS $0

To Secured Creditor **GREEN TREE SERVICING LLC**

Please Take Notice – At the above date and time there will be a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments. <u>If you do not appear at hearing, the Court may enter an order granting the relief.</u>

Dated: January 22, 2010          Beck Law Offices

/s/ Dan Beck
Daniel B. Beck
Attorney for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **Devin Edward Harrington**
**April Harrington**
Debtor(s)

Case No. **09-13941**
Chapter **13**
Date: **March 5, 2010**
Time: **10:00 AM**
Court: **Santa Rosa, CA**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2010, a copy of above NOTICE OF HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtors MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by first <u>class mail and by certified mail</u> addressed to an officer of the institution.

Keith Anderson, President
Green Tree Servicing LLC
345 Saint Peter Street
Saint Paul, Minnesota 55102

Dated: January 22, 2010           /s/ Evan Livingstone
                                  Evan Livingstone