

**Signed: September 06, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
Deutsche Bank National Trust
Company, as Trustee for Ameriquest
Mortgage Securities Inc. Asset-Backed
Pass-Through Certificates, Series 2005-
R11 Under The Pooling and Servicing
Agreement Dated December 1, 2005
A.127-454

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>APRIL HARRINGTON AND DEVIN EDWARD HARRINGTON,<br><br>Debtors.<br>_____ | ) Bk. No. 09-13941<br>)<br>) CHAPTER 13<br>)<br>) R.S. No. LSR – 77<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date : September 1, 2011<br>) Time : 9:00 a.m.<br>) Place : U.S. Bankruptcy Court<br>)          99 South E Street<br>)          Santa Rosa, California<br>)          Courtroom (bkcy) |

The Motion for Relief from Automatic Stay of Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc. Asset-Backed Pass-Through Certificates, Series 2005-R11 Under The Pooling and Servicing Agreement Dated December 1, 2005, its assignees and/or successors in interest, came on for hearing on September 1, 2011 at

-1-

9:00 a.m. before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in the event the Debtors are not post-petition current by October 15, 2011, the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished as to Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc. Asset-Backed Pass-Through Certificates, Series 2005-R11 Under The Pooling and Servicing Agreement Dated December 1, 2005, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2275 Claiborne Circle, Santa Rosa, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Movant may submit a Declaration of status of payments made as of October 15, 2011 and Notice of Termination of the Automatic Stay without further Order of the Court.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Order may be superceded by a Stipulation for Adequate Protection and Order approving if agreement is made between the parties.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**